UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON GIGOUNAS, | Case No.  26-cv-02932-JSC |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: DIVERSITY JURISDICTION** |
| UNITED MEDICAL SYSTEMS, INC., et al., | |
| Defendants. | |

Plaintiff Shannon Gigounas brings various state law employment and contract claims against Defendants United Medical Systems, Inc. ("UMS, Inc."), MGG Investment Group, LP ("MGG, LP"), and Access and Integrated Practice Holdings, LLC ("AIPH, LLC").  (Dkt. No. 1.) In her complaint, Plaintiff alleges Defendant UMS, Inc. is "a Delaware Corporation with its principal headquarters" in Massachusetts, Defendant MGG, LP is a "Delaware Limited Partnership" headquartered in New York, and Defendant AIPH, LLC is a "Delaware Limited Liability Company" headquartered in Minnesota.  (*Id.* ¶¶ 11, 13, 14.)

Plaintiff does not properly allege the citizenship of Defendants MGG, LP and AIPH, LLC. For purposes of establishing complete diversity, [i]n cases where entities rather than individuals are litigants, diversity jurisdiction depends on the form of the entity." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  "[L]ike a partnership, an LLC is a citizen of every state of which its owners/members are citizens." *Id.*  Here, Plaintiff does not allege the citizenship of Defendants MGG, LP's and AIPH, LLC's owners or members, and instead alleges information relevant to the citizenship of a corporation.  (*See* Dkt. No. 1 ¶¶ 11, 13, 14.)

Accordingly, the Court orders Plaintiff to show cause, in writing, as to how this Court has

United States District Court
Northern District of California

subject matter jurisdiction over Defendants MGG, LP and AIPH, LLC.  Plaintiff may file a response not to exceed 5 pages or amend her complaint to properly allege diversity jurisdiction. Plaintiff's response or amended complaint shall be due Friday, May 8, 2026.

**IT IS SO ORDERED.**

Dated: April 27, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California