Rory Quintana, SBN 258747
Gelian Belong, SBN 355109
**QUINTANA HANAFI, LLP**
1939 Harrison St., Ste. 202
Oakland, CA 94612
Tel.: (415) 504-3121
Fax: (415) 233-8770
rory@qhlegal.com
gelian@qhlegal.com

*Attorneys for Plaintiff Shannon Gigounas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHANNON GIGOUNAS,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED MEDICAL SYSTEMS, INC.,** a Delaware corporation; **MGG INVESTMENT GROUP, LP,** a Delaware limited partnership, **ACCESS AND INTEGRATED PRACTICE HOLDINGS, LLC,** and **DOES 1 through 10,** inclusive,<br><br>Defendants. | CASE NO.: 3:26-cv-02932-JCS<br><br>**PLAINTIFF SHANNON GIGOUNAS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Judge: Hon. Joseph C. Spero |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SHANNON GIGOUNAS voluntarily dismisses this case in its entirety *without prejudice*. Defendants have filed neither an Answer nor a Motion for Summary Judgment. Defendants United Medical Systems, Inc. and Access and Integrated Practice Holdings, LLC have filed a Motion to Compel Arbitration, but this is not the equivalent of an Answer or a Motion for Summary Judgment. *Hamilton v. Shearson-Lehman American Exp., Inc.* 813 F.2d 1532, 1535 (9th Cir. 1987) ("*Hamilton*") ("A motion to compel arbitration and stay proceedings is not the equivalent of an answer or a motion for summary judgment"). Defendant MGG Investment Group, L.P. have not filed an Answer or a Motion for Summary Judgment. Plaintiff's dismissal shall be without prejudice,

1                                                    Case No. 3:26-cv-02932-JCS
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

with each side to bear its own costs and fees.

QUINTANA HANAFI, LLP

DATED: June 9, 2026

Rory C. Quintana
Gelian Belong
*Attorneys for Plaintiff*
*Shannon Gigounas*

**PROOF OF SERVICE**

I, the undersigned, declare that I am employed with the law firm of Quintana Hanafi, LLP, in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is Quintana Hanafi, LLP, 1939 Harrison St., Ste. 202, Oakland, CA 94612.

On June 9, 2026, I served the foregoing document(s) described as:

(1) **PLAINTIFF SHANNON GIGOUNAS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i); AND**
(2) **PROOF OF SERVICE.**

on the interested parties listed below in this action by placing a true copy thereof as follows:

| | |
|---|---|
| Ignascio G. Camarena<br>Omar Mustafa<br>Leticia Cvietkovich<br>**JACKSON LEWIS PC**<br>160 W. Santa Clara St., Ste. 400<br>San Jose, CA 95113<br>Email:<br>    ignascio.camarena@jacksonlewis.com<br>    omar.mustafa@jacksonlewis.com<br>    leticia.cvietkovich@jacksonlewis.com | Anthony Oncini<br>Dixie M. Morrison<br>Philippe A. Lebel<br>**Proskauer Rose LLP**<br>2029 Century Park E., Ste. 2400<br>Los Angeles, CA 90067-3010<br>Email:<br>aoncidi@proskauer.com<br>dmorrison@proskauer.com<br>plebel@proskauer.com |

☒    **(BY E-MAIL)** I transmitted the document listed above via e-mail to the person(s) at the email address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 9, 2026, at Oakland, California.

_/s/Gelian Belong_____
Gelian Belong

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE